IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TARA R. REED,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 15-cv-432-CJP[1] |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM and ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's unopposed motion for voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(2). (Doc. 19).

Plaintiff seeks voluntary dismissal with prejudice on all claims asserted in this action against defendant, Carolyn W. Colvin. Defendant has no objections to this motion.

Plaintiff's unopposed motion for voluntary dismissal **(Doc. 19)** is **GRANTED** and the matter is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to enter judgment in favor of defendant.

**IT IS SO ORDERED.**

**DATED: September 17, 2015.**

s/ Clifford J. Proud
CLIFFORD J. PROUD
**UNITED STATES MAGISTRATE JUDGE**

---

[1] This case was referred to the undersigned for final disposition upon consent of the parties, pursuant to 28 U.S.C. §636(c).  See, Doc. 11.

1